In the Matter of the Application of the BOARD OF TRANSPORTATION OF THE CITY OF NEW YORK for the Appointment of Three Commissioners to Determine and Report Whether a Rapid Transit Railroad or Railroads for the Conveyance and Transportation of Persons and Property as Determined by the Board of Transportation Ought to Be Constructed and Operated. Fulton Street, Pennsylvania Avenue, Pitkin Avenue and Linden Boulevard Route, Eastern Parkway to 106th Street. (Route No. 110-B.) — Motion to confirm report of commissioners granted. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ.

In the Matter of the Application of TOBIAS F. BUTLER, Petitioner, for an Order to Review, against HENRY E. BRUCKMAN, Chairman, EDWARD SCHOENECK and Others, Commissioners, Constituting the State Liquor Authority of the State of New York, Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of LOUIS A. FEINSTEIN, an Attorney and Counselor at Law, Respondent.— Respondent suspended from the practice of the law for a period of one year. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ.

In the Matter of the Judicial Settlement of the Account of WILLIAM O'KEEFE, Executor, etc., of THOMAS H. O'KEEFE, Deceased, Respondent; BANK OF HUNTINGTON, as Executor, etc., of ANNA B. PARISH, Deceased, and GEORGE O'KEEFE, Appellants. (Appeal No. 2.) — Motion for resettlement or for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ.

JULIA V. KOHLI, Appellant, v. WALTER J. KOHLI, Defendant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ.